IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2020 JUL 14 P 12: 12

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| **WANDA CRIDER,** | |
| Plaintiff, | Case No.: 2020-_____  1:20-cv-495 |
| v. | **JURY TRIAL DEMANDED** |
| **WALMART, INC.** and Fictitious Defendants "A," "B," and "C," whether singular or plural, those other persons, corporations, firms or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to Plaintiffs, all of whose true and correct names are unknown to Plaintiffs at this time, but will be added by amendment when ascertained, | |
| Defendant. | |

## COMPLAINT

### INTRODUCTION

This is an action by Plaintiff Wanda Crider (herein after referred to as "Plaintiff") against Defendant WalMart, Inc. (herein after referred to as "Defendant Walmart"), for personal injuries and damages sustained by the Plaintiff as the result of a defective or dangerous condition on or about October 4, 2018.

### PARTIES

1. The Plaintiff was a resident and citizen of Houston County, Alabama at all times material to the issues in this case.

2. On information and belief, Defendant Walmart is a corporation that is registered to do business in the state of Alabama at all times material to the issues in this case. Defendant

Walmart may be served through its registered agent, CT Corporation System, at 2 North Jackson St., Ste. 605, Montgomery, AL 36104.

## JURISDICTION AND VENUE

3. Plaintiff is a citizen of Alabama, residing at 6225 Walden Dr Kinsey, Al 36303, in Houston County, Alabama

4. The Defendant is an Arkansas corporation that is registered to do business in the state of Alabama at all times material to the issues in this case.

5. This Court has jurisdiction of the causes of action alleged in this Complaint pursuant to 28 U.S.C. § 1332 as complete diversity exists between the parties and the amount in controversy exceeds $75,000.00.

6. Defendant Walmart is subject to the jurisdiction of this Court and venue is proper in the Middle District pursuant to 28 U.S.C. § 1391(a)(2) as the accident made the basis of this Complaint occurred in Houston County, Alabama.

## APPLICABLE FACTS

7. On or about October 4, 2018, Plaintiff was an invitee was upon the premises in Defendant Walmart's Store #2534, in Houston County, Alabama

8. At said time and place, Defendant Walmart maintained a dangerous condition, specifically a wet floor.

9. At said time and place, Plaintiff fell, due to the aforementioned dangerous condition, and sustained injuries.

## COUNT ONE - NEGLIGENCE

10. Plaintiff re-alleges and incorporates the preceding paragraphs herein as if they were fully and completely set forth herein.

11. At said time and place, Plaintiff fell when Defendant Walmart maintained a dangerous condition with actual or constructive knowledge that Defendant's floor was dangerously maintained and Defendant Walmart allowed said condition to be present without warning to the Plaintiff of the presence danger.

12. In causing said known dangerous condition to persist on that certain premises described hereinabove, Defendant Walmart:

    (a). Negligently failed to exercise ordinary care.

    (b). Negligently failed to cure a known danger.

    (c). Negligently failed to warn Plaintiff of said known danger.

    (d). Otherwise acted in negligent disregard of the rights and safety of the Plaintiff and other business invitees.

13. The Plaintiff avers that the acts and conduct of the Defendant constitutes common law negligence.

14. As the proximate consequence of said negligence, Plaintiff was caused to suffer personal injuries, pain, suffering and other damages.

WHEREFORE, Plaintiff demands judgment against the Defendant Walmart for all damages, court costs, and attorney's fees to which Plaintiff is entitled and for all compensatory damages that it will take to make the Plaintiff fully whole; furthermore, Plaintiff demands any further damages in such an amount as this Court may determine.

### COUNT TWO - WANTONESS

15. Plaintiff re-alleges and incorporates the preceding paragraphs herein as if they were fully and completely set forth herein.

16. At said time and place, Defendant Walmart acted in such a wanton manner in creating and maintaining a known dangerous condition and failing to cure or warn invitee of said dangerous condition, so as to

    (a). cause injury to Plaintiff due to the dangerous condition, and

    (b). cause Plaintiff to undergo doctors appointments and physical therapy appointments, and

    (c). cause the Plaintiff to suffer and sustain the injuries and damages.

17. In causing said known dangerous condition to persist on that certain premises described hereinabove, Defendant Walmart:

    (a).    Wantonly failed to exercise ordinary care.

    (b).    Wantonly failed to cure a known dangerous condition.

    (c).    Wantonly failed to warn Plaintiff of said known dangerous condition.

    (d).    Otherwise acted in wanton disregard of the rights and safety of the Plaintiff and others business invitees.

18. The Plaintiff avers that the acts and conduct of the Defendant Walmart constitutes wantonness.

19. As the proximate consequence of said negligence, Plaintiff was caused to suffer personal injuries, pain, suffering and other damages.

    WHEREFORE, Plaintiff demands judgment against the Defendant Walmart for all damages, court costs, and attorney's fees to which Plaintiff is entitled and for all compensatory damages that it will take to make the Plaintiff fully whole; furthermore, Plaintiff demands any further damages in such an amount as this Court may determine.

## **COUNT THREE – FICTITIOUS DEFENDANTS**

20. Plaintiff re-alleges and incorporates the preceding paragraphs herein as if they were fully and completely set forth herein.

21. Fictitious Defendant "A", "B", and "C", whether singular or plural, are those other persons, firms, corporations, or other entities whose negligent, wanton, reckless and wrongful conduct contributed to the injuries sustained by the Plaintiff, said Fictitious Defendant names are unknown to Plaintiff at this time, but will be promptly substituted by amendment when ascertained.

WHEREFORE, Plaintiff demands judgment against Fictitious Defendants "A", "B", and "C", both jointly and severally, for all compensatory damages, court costs, and attorney's fees to which Plaintiff is entitled. Furthermore, Plaintiff demands punitive damages in such an amount as this Court may determine.

**A JURY TRIAL IS HEREBY DEMANDED ON ALL COUNTS.**

Respectfully submitted,

_/s/ David Whatley_
DAVID WHATLEY (WHA015)
ATTORNEY FOR PLAINTIFF

**OF COUNSEL:**
**SLOCUMB LAW FIRM, LLC**
145 East Magnolia Ave.
Suite 201
Auburn, AL 36830
Tel. No. (334) 741-4110
Fax No. (888)-853-2247